# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131386

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                             SC: 131386
                                             COA: 259296
                                             Oakland CC: 04-194900-FC

DAVID RICHARD COMMAND,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 9, 2006 judgment of the Court of Appeals is considered. Pursuant to MCR 7.302(G)(1), and for the reasons stated in the Court of Appeals partially dissenting opinion, we REVERSE only that portion of the Court of Appeals judgment that precluded on retrial evidence that the defendant had previously committed a non-consensual sexual penetration of a prior complainant.

      CAVANAGH and KELLY, JJ., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2006

                                          Clerk

d10017